**Order entered December 2, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-11-01708-CV

**HAL RACHAL, JR., Appellant**

**V.**

**LETKIEWICZ & FOSTER, Appellee**

On Appeal from the Probate Court No. 2
Dallas County, Texas
Trial Court Cause No. PR-09-2413-2

## ORDER

Before the Court are appellant's November 13, 2013 motions for an extension of time to file a reply brief and to allow appellant to file excerpts from the reporter's record. Appellee filed a response to these motions on November 20, 2013. We **DENY** appellant's motion to allow him to file excerpts from the reporter's record.

We **GRANT** appellant's motion for an extension of time to file a reply brief. Appellant shall file his reply brief on or before **DECEMBER 20, 2013**. No further extension of time to file a reply brief will be granted.

/s/     DAVID LEWIS
JUSTICE